# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146913 & (59)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 146913
                                      COA: 308145
                                      Saginaw CC: 10-034957-FC

JAMES WALTER GUNN,
      Defendant-Appellant.

_____/

On order of the Court, the motion for leave to file a supplemental application is GRANTED. The application for leave to appeal the February 7, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Earl* (Docket No. 145677) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



d0722

                                          Clerk